■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL MENA, Appellant. [849 NYS2d 188]—Judgment, Supreme

Court, Bronx County (Barbara F. Newman, J.), rendered on or about July 23, 2004, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Gonzalez, Sweeny and McGuire, JJ.